NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30653
01-JUL-2011
08:14 AM**

NO. 30653

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KEVIN K. ENOS, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NOS. 09-1-0523(2) and 10-1-0003(2))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order, filed on June 16, 2011, is hereby corrected as follows:

On page 4, in the eleventh line, the word "on" should be inserted between "based" and "Enos's" so that as corrected, the text reads: "that based on Enos's prior . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 1, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1/] Nakamura, Chief Judge, and Fujise and Ginoza, JJ.